# CHAPTER 13 PLAN

Case No. 12-40924-JJR13

Debtor(s): TERRY JOE LINDSEY      SS# XXX-XX-3137      Net Monthly Earnings: _____

I. Plan Payments:
   [X] Debtor propose to pay a periodic payment of $ 300.00  [ ] weekly [ ] biweekly [ ] semi-monthly [X] monthly into the plan.

   Length of plan is 60 months, and the total debt to be paid through the plan is $ 18,000.00.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT0 [See §1322(a)(2)].
      The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| NONE | | | |

   B. Total Attorney Fee: $ 2,500.00 ; $ -0- paid pre-petition; balance to be paid as funds become available

   C. The holder of each SECURED CLAIM shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

      1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular pmt. to be paid | Regular Pmts. to begin: Mo./Yr | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on arearage | Proposed Fixed payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Mortgage | 59,479.00 | $ 785.00 [ ] by Trustee [X] by Debtor | 06/12 | 5,900.00 | 7.5 months | none | 101.72 |

      2. Secured Debts (not long term) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payment | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | |

III Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amt. of Debt | Amount of Regular Payment | Description of Collateral Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| NONE | | | | |

IV Special Provisions:
   [X] This is an Original Plan.
   [ ] This is an amended plan replacing plan dated _____.
   [X] This plan proposes to pay unsecured creditors approximately 15 %.
   [ ] Debtor [ ] assumes [ ] rejects lease and/or executory contract with _____.
   [ ] Other provisions:    (A). There is no equity in Debtor's residence in excess of the first mortgage payoff. The Debtor will file an
                            adversary proceeding to have the second mortgage claim held by GMAC Mortgage declared to be wholly
                            unsecured, with GMAC Mortgage to be allowed an unsecured claim.

Attorney for Debtor Name/Address/Phone#
Robert D. McWhorter, Jr.           Dated: May 29, 2012           /s/ Terry Joe Lindsey
Post Office Drawer 287                                           Terry Joe Lindsey - Debtor
Gadsden, Alabama 35902
256-546-1656
Fax 256-546-1093                                                 /s/ Robert D. McWhorter, Jr.
                                                                 Robert D. McWhorter, Jr. - Attorney for Debtor

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Chapter 13 Plan has been served on the Chapter 13 Trustee and all creditors and parties in interest as shown on the attached mailing matrix, by placing said copies in the U.S. Mails, properly addressed, with sufficient postage affixed, First Class, this 29th day of May, 2012.

_____
Robert D. McWhorter, Jr.
Attorney for Terry Joe Lindsey

Bar No. ASB-0261-M68R

OF COUNSEL:
Inzer, Haney & McWhorter, P.A.
Post Office Drawer 287
Gadsden, Alabama 35902
256-546-1656

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 12-40924-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Tue May 29 15:11:41 CDT 2012 | Wells Fargo Bank, N.A.<br>c/o Thomas G. Tutten, Jr.<br>PO Box 55887<br>Birmingham, AL 35255 5887 | U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 |
| Asset Acceptance LLC<br>P O Box 2036<br>Warren MI 48090-2036 | Capital One<br>P O Box 30281<br>Salt Lake City UT 84130-0281 | Cherokee Medical Center<br>c/o PASI<br>P O Box 188<br>Brentwood TN 37024-0188 |
| FNMA<br>c/o Dyck-O'Neal Inc<br>P O Box 13370<br>Arlington TX 76094-0370 | GMAC Mortgage<br>ATTN Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington PA 19034-3204 | GMAC Mortgage LLC<br>P O Box 4622<br>Waterloo IA 50704-4622 |
| Wells Fargo Bank N A<br>1 Home Campus - Bankruptcy<br>MAC#X2302-04C<br>Des Moines IA 50328-0001 | Wells Fargo Home Mortgage<br>P O Box 10335<br>Des Moines IA 50306-0335 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 |
| Robert D McWhorter Jr<br>Post Office Drawer 287<br>Gadsden, AL 35902-0287 | Terry Joe Lindsey<br>101 Kay Street<br>Centre, AL 35960-1526 | End of Label Matrix<br>Mailable recipients 13<br>Bypassed recipients 0<br>Total 13 |